In the Matter of the Claim of KATHLEEN M. CARROLL, Respondent, against VERWAY PRINTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of FLOYD W. HUMMER, Respondent, against AMERICAN RAILWAY EXPRESS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ELIZABETH J. MEEHAN, Respondent, against COMMERCE BUILDING PROPERTIES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of OTTO BLUM, Respondent, against HENRY S. LEVY & SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN STERZENBACH, Respondent, against JOSEPH STERN & SONS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of BOLESLAW REN, Respondent, against CERTAIN-TEED PRODUCTS CORPORATION and Another, Appellants. · STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOSEPH LETTES, Appellant, against THE CITY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, without costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LENA DE ROSE, Respondent, against JAMES STENTO, Employer; INDEPENDENCE INDEMNITY COMPANY, Insurance Carrier, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal dismissed, without costs, on the ground that the insurance carrier has appealed for itself alone on an issue hostile to the interests of the employer, without either directing the notice of appeal to the employer or serving the same upon the employer. The appeal is dismissed, however, without prejudice to the right of appellant to make application to perfect the appeal, pursuant to section 107 of the Civil Practice Act. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.